

# THE LAW OFFICES OF JAKE LASALA

Attorney at Law
125-10 Queens Boulevard – Suite 320
Kew Gardens, New York 11415

---

Telephone: (718) 261-7695
Facsimile: (718) 261-3482
E-mail: JLaSalaEsq@aol.com

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**  4/16/2025
>
> The Probation department is directed to release Mr. Devers' passport.

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. David Devers, 15 Cr. 660 (Cm)**

Dear Judge Broderick:

    I am writing on behalf of my client, David Devers who was sentenced on March 18, 2025, in order to obtain your consent to the release of his Passport presently held by Probation.

    If you have any questions or require additional information or documentation, please contact my office.

    Permit me to respectfully thank you for your consideration in this matter.

                                              Very truly yours,

                                              *Jake LaSala*

                                              JAKE LASALA, ESQ.

JL/sc

cc: United States Attorney's Office
Southern District of New York
AUSA Jilian J. Kamal / Dina McLeod