

# THE LAW OFFICES OF JAKE LASALA

Attorney at Law
125-10 Queens Boulevard – Suite 320
Kew Gardens, New York 11415

Telephone: (718) 261-7695
Facsimile: (718) 261-3482
E-mail: JLaSalaEsq@aol.com

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK
U.S.D.J.** 08/19/2025

Defendant is to supply his Probation Officer with his itinerary and accommodation information before his trip.

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. David Devers, 15 Cr. 660 (Cm)**

Dear Judge Broderick:

    I am writing on behalf of my client, David Devers who is requesting permission to travel to the Bahamas departing September 25th, 2025 and returning September 28th, 2025 to celebrate his wife's 40th Birthday where they will be staying at the Baha Mar Hotel.

    Mr. Devers is on law intensity unit supervision and they advised him that they had no objection to this request, as long as it is Court approved.

    If you have any questions or require additional information or documentation, please contact my office.

    Permit me to respectfully thank you for your consideration in this matter.

    Very truly yours,

    *Jake LaSala*

    JAKE LASALA, ESQ.

JL/sc
cc: United States Attorney's Office
Southern District of New York
AUSA Jilian J. Kamal